Kara Keister (SBN:250260)
Robert C. Bowman, Jr. (SBN: 223238)
**LAW OFFICE OF BOWMAN & ASSOCIATES**
2151 River Plaza Drive, Suite 105
Sacramento, CA 95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorney for Plaintiff
ALIZABETH JETTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIZABETH JETTER,<br><br>    Plaintiff,<br><br>REPUBLIC SERVICES, INC., a Corporation doing business in the State of California; and DOES 1 through 50, inclusive<br><br>    Defendants. | CASE NO: C 10-05570 LB<br><br>[PROPOSED] ORDER RE: PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE |

The Request of Plaintiff, ALIZABETH JETTER, to appear telephonically by counsel of record at the Case Management Conference on March 31, 2011, has been duly considered by the Court and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff, ALIZABETH JETTER, may appear telephonically through counsel of record at the Case Management Conference on March 31, 2011, at **10:30 A.M.**

DATED: March 11, 2011

IT IS SO ORDERED
Judge Laurel Beeler

_____
HONORABLE LAUREL BEELER

-1-
JETTER V. REPUBLIC SERVICES, INC.
[Proposed] Order Re: Plaintiff's Request of Telephonic Appearance at Case Management Conference
C 10-05570 LB