SEYFARTH SHAW LLP
Laura J. Maechtlen (SBN 224923)
Peter D. Urias (SBN 255306)
560 Mission Street, Suite 3100
San Francisco, CA  94105
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
REPUBLIC SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIZABETH JETTER<br><br>             Plaintiff,<br><br>       vs.<br><br>REPUBLIC SERVICES, INC., a corporation doing business in the State of California, and DOES 1-50, inclusive,<br><br>             Defendants. | Case No. CV-10-5570 LB<br><br>**STIPULATION AND [PROPOSED] ORDER  EXTENDING ADR FILING DEADLINES**<br><br>(Alameda County Superior Court Case No. VG10544551) |

WHEREAS, counsel for the parties are continuing to meet and confer regarding Alternative Dispute Resolution ("ADR"); and

WHEREAS, the parties seek to comply with the Court's December 8, 2010 Order Setting Initial Case Management Conference and ADR Deadlines, as well as Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b);

**IT IS HEREBY STIPULATED**, by Plaintiff Alizabeth Jetter and Defendant Republic Services, by and through their undersigned counsel, as follows: The time for filing the ADR Certification and the Stipulation for ADR Process is hereby extended to March 17, 2011.

DATED: March 10, 2011                    LAW OFFICES OF BOWMAN
                                          AND ASSOCIATES

                                          By      /s/
                                              Robert C. Bowman
                                              Kara Keister

                                          Attorneys for Plaintiff
                                          ALIZABETH JETTER

DATED: March 10, 2011                    SEYFARTH SHAW LLP

                                          By      /s/
                                              Peter D. Urias

                                          Attorneys for Defendant
                                          REPUBLIC SERVICES, INC.

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the deadline for filing the ADR Certification and Stipulation for ADR Process is extended to March 17, 2011.

Dated: March 15, 2011                    _____
                                          United States District Judge

*IT IS SO ORDERED*
*Judge Laurel Beeler*