1  Robert C. Bowman, Jr., (SBN: 232388)
   Brooke Fong (SBN: 271430)
2  **LAW OFFICE OF BOWMAN & ASSOCIATES**
   *A Professional Law Corporation*
3  2151 River Plaza Drive, Suite 105
4  Sacramento, California 95833
   Telephone:    (916) 923 - 2800
5  Facsimile:    (916) 923 - 2828

6
   Attorneys for Plaintiff
7  ALIZABETH JETTER

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | ALIZABETH JETTER,                              | Case No.:   CV-10-5570 LB
12 |                                                |
   |      Plaintiff,                                | **STIPULATION AND**
13 |                                                | **ORDER EXTENDING RULE 26(f),**
   |   v.                                           | **INITIAL DISCLOSURE AND JOINT**
14 |                                                | **CASE MANAGEMENT STATEMENT**
15 | REPUBLIC SERVICES, INC., a corporation         | **FILING DEADLINES AND**
   | doing business in the State of California, and | **CONTINUING CASE MANAGEMENT**
16 | DOES 1 through 50, inclusive,                  | **CONFERENCE**
17 |                                                |
   |      Defendants.                               | (Alameda County Superior Court Case No.
18 |                                                | VG10544551)

19
20
21
22
23
24
25
26
27
28  CV-10-5570 LB                            -1-
                              Jetter v. Republic Services, Inc.
        STIPULATION AND        ORDER EXTENDING RULE 26(f), INITIAL DISCLOSURE AND JOINT
    CASE MANAGEMENT STATEMENT FILING DEADLINES AND CONTINUING CASE MANAGEMENT
                                      CONFERENCE

| | |
|---|---|
| 1 | WHEREAS, counsel for the parties are continuing to meet and confer regarding |
| 2 | Rule 26(f) Report, Initial Disclosures, and Joint Case Management Statement; and |
| 3 | WHEREAS, the parties seek to comply with the Court's December 8, 2010 |
| 4 | Order Setting Initial Case Management Conference and ADR Deadlines, as well as |
| 5 | Civil Local Rule 16-9 (a) and 16-10 (a); |

**IT IS HEREBY STIPULATED,** by Plaintiff Alizabeth Jetter and Defendant Republic Services, Inc., by and through their undersigned counsel, as follows: The time for filing the Rule 26(f) Report, Initial Disclosures and the Joint Case Management Statement is hereby extended to April 7, 2011 and the time for the Initial Case Management Conference is hereby extended to April 14, 2011.

DATED:  March 23, 2011          LAW OFFICES OF BOWMAN AND ASSOCIATES


By:_____/s/_____
       Robert C. Bowman
       Brooke Fong

Attorneys for Plaintiff
ALIZABETH JETTER


DATED: March 23, 2011           SEYFARTH SHAW LLP

By:_____/s/_____
       Peter D. Urias

Attorney for Defendant,
REPUBLIC SERVICES, INC.

# ORDER

IT IS HEREBY ORDERED that the deadline for filing the Rule 26(f) Report, Initial Disclosures, and Joint Case Management Statement is extended to April 7, 2011 and the Initial Case Management Conference is extended to April 14, 2011.

Dated: March 25, 2011



_____
United States District Judge