1  Kara Keister (SBN: 250260)
   Brooke Fong (SBN: 271430)
2  Robert C. Bowman, Jr. (SBN: 223238)
   **LAW OFFICE OF BOWMAN & ASSOCIATES**
3  2151 River Plaza Drive, Suite 105
   Sacramento, CA 95833
4  Telephone:  (916) 923-2800
   Facsimile:  (916) 923-2828
5

6  Attorney for Plaintiff
   ALIZABETH JETTER
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | | CASE NO: C 10-05570 LB
11 | ALIZABETH JETTER, | **[PROPOSED] ORDER RE: PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**
12 | Plaintiff, |
13 | REPUBLIC SERVICES, INC., a Corporation doing business in the State of California; and DOES 1 through 50, inclusive |
14 | |
15 | |
16 | Defendants. |

17

18     The Request of Plaintiff, ALIZABETH JETTER, to appear telephonically by counsel of
19 record at the Case Management Conference on June 30, 2011, has been duly considered by the
20 Court and good cause appearing therefore,
21     IT IS HEREBY ORDERED that Plaintiff, ALIZABETH JETTER, may appear
22 telephonically through counsel of record at the Case Management Conference on June 30, 2011,
23 2011, at 10:30 A.M.
   DATED:  June 17, 2011
24
25                                           _____
26                                           HONORABLE LAUREL BEELER

27
                                    -1-
28                  JETTER V. REPUBLIC SERVICES, INC.
   [Proposed] Order Re: Plaintiff's Request of Telephonic Appearance at Case Management Conference