UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ALIZABETH JETTER,<br><br>　　　　Plaintiff,<br>　v.<br>REPUBLIC SERVICES INC,<br><br>　　　　Defendant.<br>_____/ | No. C 10-05570 LB<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The court set a further case management conference for June 30, 2011 with the expectation that the parties would have completed a mediation session. ECF No. 27 at 2. In their joint case management conference statement, the parties stated that they intend to seek a 60-day extension to the deadline for completing mediation. ECF No. 30 at 9. Given this development and the lack of any issues between the parties that requires the court's assistance, the court **CONTINUES** the case management conference from June 30, 2011 to September 8, 2011 at 10:30 a.m. An updated joint case management conference statement is due September 1, 2011. The court anticipates that the parties will have completed mediation prior to the rescheduled case management conference. The court further reminds the parties that the discovery limits described in the court's pretrial order, ECF No. 27 at 2-3, remain in effect.

**IT IS SO ORDERED.**

Dated: June 27, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-05570 LB
ORDER CONTINUING CMC