Robert C. Bowman, Jr. (SBN: 232388)
Brooke Fong (SBN: 271430)
THE LAW OFFICE OF BOWMAN & ASSOCIATES
A Professional Corporation
2151 River Plaza Drive, Suite 105
Sacramento, CA 95833
T: 916.923.2800
F: 916.923.2828

Attorneys for Plaintiff
ALIZABETH JETTER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALIZABETH JETTER,<br><br>    Plaintiff,<br><br>v.<br><br>REPUBLIC SERVICES, INC., a corporation doing business in the State of California; and DOES 1 through 50, inclusive,<br><br>    Defendants. | **Case No.: 4:10-CV-05570-LB**<br><br>**State Case No.:  VG10544551**<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>[F.R.C.P. 41(a)(1)] |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Alizabeth Jetter and Defendant Republic Services, Inc. hereby stipulate and request that this entire action, including all parties and all causes of action, be dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.

Jetter v. Republic Services, Inc. et al.
Page 1 of 3
Stipulation and Request for Dismissal with Prejudice; [Proposed Order]

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  October 4, 2011 | SEYFARTH SHAW LLP |
| 3 | | |
| 4 | | By: /s/_ Peter D. Urias_____ <br> Peter D. Urias |
| 5 | | Attorneys for Defendant <br> REPUBLIC SERVICES, INC. |
| 8 | | |
| 9 | Dated:  October 4, 2011 | LAW OFFICE OF BOWMAN & ASSOCIATES |
| 11 | | By: /s/_ Brooke Fong_____ <br> Brooke Fong |
| 12 | | Attorneys for Plaintiff <br> ALIZABETH JETTER |

Jetter v. Republic Services, Inc. et al.
Page 2 of 3
Stipulation and Request for Dismissal with
Prejudice; [P~~roposed~~ Order]

**[PROPOSED] ORDER**

The Parties having so stipulated, and GOOD CAUSE appearing, the Court ORDERS:

1. That this matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 20, 2011



_____
LAUREL BEELER
UNITED STATES DISTRICT JUDGE

Jetter v. Republic Services, Inc. et al.
Page 3 of 3
Stipulation and Request for Dismissal with Prejudice; [Proposed Order]

Law Office of Bowman & Associates, APC
2151 River Plaza Drive, Suite 105
Sacramento, CA 95833